IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNIFER D. ROSTON                                                                            PLAINTIFF
ADC #130455

V.                                            NO.  5:06CV00030 GH

J. BURCHFIELD, et al                                                                        DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 16th day of March, 2006.


_____
UNITED STATES DISTRICT JUDGE